IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tawana Ventus,

    Plaintiff(s),

vs.

OMG, et al.,

    Defendant(s).

Case Number: 1:13cv777

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on December 23, 2014 a Report and Recommendation (Doc. 7). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 9) and the defendants filed a reply (Doc. 10).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the individual defendants cannot be held liable under Title VII, therefore, the claims against them are properly dismissed. Therefore, defendants Mark Hale, Faye Carter and Lisa Herget are **DISMISSED** from this case.

IT IS SO ORDERED.

Judge Susan J. Dlott
United States District Court